**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094 <br><br> THIS DOCUMENT RELATES TO ALL CASES <br><br> JUDGE KAREN SPENCER MARSTON |
| ELIZABETH WALTON, individually and as successor in interest to Decedent CLARENCE WESLEY WALTON, <br><br> Plaintiff, <br><br> v. <br><br> NOVO NORDISK INC. and NOVO NORDISK A/S, <br> Defendants. | COMPLAINT AND JURY DEMAND <br><br> CIVIL ACTION NO.: _____ |

## SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff(s) named below, by and through the undersigned counsel, file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff(s) adopt(s) and incorporate(s) by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by Case Management Order ("CMO") No. 27 (ECF 503).

1

## IDENTIFICATION OF PARTIES

**Plaintiff(s)**

1.      Full (first, middle, and last) name of Plaintiff injured/deceased due to use of GLP-1 RA Product(s): Clarence Wesley Walton

2.      If applicable, full name(s) and representative capacity of Plaintiff(s) alleging wrongful death claim:      Elizabeth Walton                                         , as    spouse and successor in interest to Clarence W. Walton, deceased. *See* Declaration of Elizabeth Walton as Successor in Interest to Decedent Clarence Wesley Walton Pursuant to Cal. Civ. Proc. Code § 377.32 attached hereto as Exhibit "A."

3.      If applicable, full name(s) of Plaintiff(s) alleging survival claims, as permitted under state law(s):      Elizabeth Walton                                         .

4.      If applicable, full name(s) of Plaintiff(s) alleging loss of consortium or loss of services: _____ n/a _____.

**Defendant(s)**

5.      Plaintiff(s)/Decedent's Representative is/are suing the following Defendant(s) (check all that apply):

    ___X_ Novo Nordisk Inc.

    ___X_ Novo Nordisk A/S

    _____ Eli Lilly and Company

    _____ Lilly USA, LLC

    _____ other(s) (identify): _____

2

## JURISDICTION AND VENUE

6.     City and state of Plaintiff(s)' current residence (or in a case brought on behalf of a Decedent, Decedent's last permanent residence):

San Francisco, California

7.     State where Plaintiff/Decedent was prescribed the GLP-1RA Product(s) at issue:

San Francisco, California

8.     State of Plaintiff's/Decedent's residence at time of their use of the GLP-1RA Product(s) at issue:

San Francisco, California

9.     City and state of Plaintiff(s)'/Decedent's residence at time of diagnosis of injury:

San Francisco, California

10.    Jurisdiction is based on:

_X__    diversity of citizenship pursuant to 28 U.S.C. § 1332

_____    other (plead in sufficient detail as required by applicable rules):

_____

_____

11.    The District Court(s) where Plaintiff(s) might have otherwise filed this Short Form Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered:

Northern District of California

12.    Venue is proper in the District Court identified in Paragraph 11 because:

__X__    a substantial part of the events and omissions giving rise to Plaintiff(s)'

claims occurred there

\_\_\_\_\_ other (plead in sufficient detail as required by applicable rules):

_____

_____

13.    If applicable, identify the citizenship of any additional Defendant(s) named above:

_____

## **PRODUCT USE**

14.    Plaintiff/Decedent used the following GLP-1 RA Product(s) for which claims are being asserted in this case (check all that apply):

    __X__   Ozempic (semaglutide)

_____   Wegovy (semaglutide)

_____   Rybelsus (oral semaglutide)

_____   Victoza (liraglutide)

_____   Saxenda (liraglutide)

_____   Trulicity (dulaglutide)

_____   Mounjaro (tirzepatide)

_____   Zepbound (tirzepatide)

_____   Other(s) (specify): _____

15.    To the best of Plaintiff(s)' knowledge, Plaintiff/Decedent used GLP-1 RA Product(s) during the following approximate date range(s) (month(s) and year(s)) (if multiple products, specify date range(s) for each product):

December 2020 – December 2024 _____

_____

_____

_____

5

## **INJURIES AND DAMAGES**

16.     To the best of Plaintiff(s)' knowledge, as a result of using GLP-1 RA Product(s),

Plaintiff/Decedent suffered the following injuries, including their sequelae (check all that apply):

\_\_\_\_\_ Gastroparesis

\_\_\_\_\_ Other gastro-intestinal injuries (specify) _____

\_\_\_\_\_ Ileus

\_\_\_\_\_ Ischemic Bowel/Ischemic Colitis

\_\_X\_\_ Intestinal Obstruction

\_\_\_\_\_ Necrotizing Pancreatitis

\_\_\_\_\_ Gallbladder Injury (specify) _____

\_\_\_\_\_ Micronutrient Deficiency

\_\_\_\_\_ Wernicke's encephalopathy

\_\_\_\_\_ Aspiration

\_\_\_\_\_ Death

\_\_\_\_\_ Additional/Other(s) (specify): _____

17.     Plaintiff's/Decedent's injuries occurred in approximately (month and year)?

June of 2024 _____

_____

_____

_____

18.    In addition, as a result of Plaintiff's/Decedent's use of GLP-1 RA Product(s), Plaintiff(s) suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

_____ Injury to self

__X_ Injury to person represented (the Decedent)

__X_ Economic loss

_____ Wrongful death

__X_ Survivorship

_____ Loss of services

_____ Loss of consortium

_____ other(s) (specify): _____

7

**CAUSES OF ACTION**

19.    In addition to adopting and incorporating by reference the Master Complaint as stated above, more specifically, Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

  _X_   Count I:     Failure to Warn – Negligence

  _X_   Count II:    Failure to Warn – Strict Liability

  _X_   Count III:   Breach of Express Warranty/Failure to Conform to Representations

  _X_   Count IV:   Breach of Implied Warranty

  _X_   Count V:    Fraudulent Concealment/Fraud by Omission

  _____  Count VI:   Fraudulent/Intentional Misrepresentation

  _X_   Count VII:  Negligent Misrepresentation/Marketing

  _X_   Count VIII: Strict Product Liability Misrepresentation/Marketing

  _X_   Count IX:   Innocent Misrepresentation/Marketing

  _____  Count X:    Unfair Trade Practices/Consumer Protection (see below)

  _____  Count XI:   Negligence

  _____  Count XII:  Negligent Undertaking

  _____  Count XIII: State Product Liability Act (see below)

  _____  Count XIV: Wrongful Death

  _____  Count XV: Loss of Consortium

  _X_   Count XVI: Survival Action

  _____  Other(s) (specify, and on separate pages, plead additional facts supporting any above claim in sufficient detail as required by applicable rules):

Counts V, VII, VIII and IX are based on omissions, specifically information concealed from the Decedent and his doctors. In support thereof, Plaintiff

incorporates the allegations in the Master Complaint generally and specifically the omissions alleged in ¶¶ 153-224 (knowledge regarding the risk of obstruction), ¶¶ 723-740 (related to the failure to disclose the risk of intestinal obstruction), ¶¶ 743-761 (failure to disclose inadequacy of testing) as well as related allegations regarding knowledge reliance and duty, *e.g.*, ¶¶ 770-779.

20.    If Plaintiff(s) is/are asserting a claim pursuant to the unfair trade practices or consumer protection statutes of any jurisdiction as identified in Count X above:*

a.    Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims:

_____n/a_____

_____

_____

b.    Identify the factual allegations supporting those claims (by subsection, if applicable):

_____n/a_____

_____

_____

*\* Plaintiffs asserting any such claims are on notice that "failure to identify [these claims] with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 74 n.33.*

21.    If Plaintiff(s) is/are asserting a claim pursuant to the Product Liability Act

("PLA") of any jurisdiction as identified in Count XIII above:*

     a.  Indicate the specific statute (including subsections) under which Plaintiff(s)

        is/are bringing such claims:

        _____n/a_____

        _____

        _____

     b.  Identify the legal theories identified in Paragraph 19 above (*e.g.*, negligent

        failure to warn, fraud, etc.) that are subsumed within Plaintiff(s)' PLA claim:

        _____n/a_____

        _____

        _____

     c.  Identify the factual allegations supporting those claims:

        _____n/a_____

        _____

        _____

*\* Plaintiffs asserting any such PLA claims are on notice that "failure to identify the PLA claims with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 76 n.35.*

22.    If pre-suit notice is required by statute, did Plaintiff(s) provide some form of

separate pre-suit notice to Defendant(s)?  ___n/a____.  If so, attach such notice.

## RELIEF

Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Complaint*, as appropriate, and any additional relief to which Plaintiff(s) may be entitled.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims triable by jury in this action.

Date: May 21, 2026            By: */s/ Keith J. Verrier*

                                        Keith J. Verrier (PA Id. 86577)
                                        Frederick S. Longer (PA Id. 46653)
                                        **LEVIN SEDRAN & BERMAN LLP**
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106-3697
                                        Phone: (215) 592-1500
                                        kverrier@lfsblaw.com
                                        flonger@lfsblaw.com

                                        *Attorneys for Plaintiff*

# Exhibit

# "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094 <br><br> THIS DOCUMENT RELATES TO ALL CASES <br><br> JUDGE KAREN SPENCER MARSTON |
| ELIZABETH WALTON, individually and as successor in interest to Decedent CLARENCE WESLEY WALTON, <br><br> Plaintiff, <br><br> v. <br><br> NOVO NORDISK INC. and NOVO NORDISK A/S, <br> Defendants. | COMPLAINT AND JURY DEMAND <br><br> CIVIL ACTION NO.:_____ |

**DECLARATION OF ELIZABETH WALTON AS**
**SUCCESSOR-IN-INTEREST TO DECEDENT CLARENCE WESLEY WALTON**
**PURSUANT TO CAL. CIV. PROC. CODE § 377.32**

I, Elizabeth Walton, declare as follows:

1. I am the Plaintiff in this action and the surviving spouse of Decedent Clarence Wesley Walton. I am personally familiar with the facts contained herein and, if called to testify, could and would competently testify thereto.

2. Decedent in this matter is Clarence Wesley Walton ("Decedent").

3. Decedent's date of death is February 20, 2025, in San Francisco County, California.

4. No proceeding is currently pending in California for administration of Decedent's estate.

1

5.    I am Decedent's successor in interest as defined in Cal. Civ. Proc. Code § 377.11. Accordingly, I succeed Decedent's interest in the above-captioned action.

6.    No other person has a superior right to commence this action or proceeding or to be substituted for Decedent in the pending action or proceeding.

7.    Attached hereto as Exhibit 1 is a true and correct, certified copy of Decedent's death certificate.

I declare and/or affirm under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Date:  May 20, 2026

/s/ *Elizabeth W Walton*

Elizabeth Walton

2

# EXHIBIT

# "1"

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# CITY AND COUNTY OF
# SAN FRANCISCO

3052025043519

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 7/24)

STATE FILE NUMBER

3202538001040

LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| | | |
|---|---|---|
| 1. NAME OF DECEDENT– FIRST (Given) CLARENCE | 2. MIDDLE WESLEY | 3. LAST (Family) WALTON |

AKA. ALSO KNOWN AS – include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy 01/13/1964 | 5. AGE Yrs. 61 | IF UNDER ONE YEAR — Months / Days | IF UNDER 24 HOURS — Hours / Minutes | 6. SEX M |
|---|---|---|---|---|

| 9. BIRTH STATE/FOREIGN COUNTRY NY | 10. SOCIAL SECURITY NUMBER 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 | 11. EVER IN U.S. ARMED FORCES? ☐ YES ☒ NO ☐ UNK | 12. MARITAL STATUS/SRDP* (at Time of Death) MARRIED | 7. DATE OF DEATH mm/dd/ccyy 02/20/2025 | 8. HOUR (24 Hours) 1600 |
|---|---|---|---|---|---|

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) BACHELOR | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) ☐ YES ☒ NO | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) AFRICAN AMERICAN |
|---|---|---|

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED MEDIA ADVERTISEMENT SALES | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) PUBLISHING | 19. YEARS IN OCCUPATION 25 |
|---|---|---|

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE (Street and number, or location) 20 VALLETTA COURT

| 21. CITY SAN FRANCISCO | 22. COUNTY/PROVINCE SAN FRANCISCO | 23. ZIP CODE 94131 | 24. YEARS IN COUNTY 32 | 25. STATE/FOREIGN COUNTRY CA |
|---|---|---|---|---|

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP ELIZABETH WALTON, SPOUSE | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) 20 VALLETTA COURT, SAN FRANCISCO, CA 94131 |
|---|---|

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP*–FIRST ELIZABETH | 29. MIDDLE W. | 30. LAST (BIRTH NAME) GRINDLAY | |
|---|---|---|---|
| 31. NAME OF PARENT-FIRST ALBERT | 32. MIDDLE WESLEY | 33. LAST (BIRTH NAME) WATSON | 34. BIRTH STATE UNK |
| 35. NAME OF PARENT-FIRST BEATRICE | 36. MIDDLE UNKNOWN | 37. LAST (BIRTH NAME) NEAL | 38. BIRTH STATE BELIZE |

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy 02/27/2025 | 40. PLACE OF FINAL DISPOSITION RESIDENCE OF ELIZABETH W. WALTON 20 VALLETTA COURT, SAN FRANCISCO, CA 94131 | |
|---|---|---|
| 41. TYPE OF DISPOSITION(S) CREMATE/RESIDENCE | 42. SIGNATURE OF EMBALMER ▶ NOT EMBALMED | 43. LICENSE NUMBER - |
| 44. NAME OF FUNERAL ESTABLISHMENT COLMA CREMATION AND FUNERAL SERVICES | 45. LICENSE NUMBER FD1522 | 46. SIGNATURE OF LOCAL REGISTRAR ▶ SUSAN PHILIP, MD MPH |
| | | 47. DATE mm/dd/ccyy 02/27/2025 |

**PLACE OF DEATH**

| 101. PLACE OF DEATH PRISCILLA CHAN AND MARK ZUCKERBERG SAN FRANCISCO GENERAL HOSPITAL AND TRAUMA CENTER | 102. IF HOSPITAL, SPECIFY ONE ☒ IP ☐ ER/OP ☐ DOA | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE ☐ Hospice ☐ Nursing Home/LTC ☐ Decedent's Home ☐ Other |
|---|---|---|
| 104. COUNTY SAN FRANCISCO | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) 1001 POTRERO AVE | 106. CITY SAN FRANCISCO |

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) ➤ | (A) SEVERE ANOXIC BRAIN INJURY | (AT) DYS | ☐ YES ☒ NO REFERRAL NUMBER |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (B) CARDIAC ARREST | (BT) DYS | 109. BIOPSY PERFORMED? ☐ YES ☒ NO |
| | (C) CARDIAC ARRHYTHMIA | (CT) DYS | 110. AUTOPSY PERFORMED? ☐ YES ☒ NO |
| | (D) | (DT) | 111. USED IN DETERMINING CAUSE? ☐ YES ☐ NO |

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 CORONARY ARTERY DISEASE, TYPES 2 DIABETES MELLITUS, HEART FAILURE WITH RECOVERED EJECTION FRACTION, CHRONIC KIDNEY DISEASE

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date.) NO | 113A. DECEDENT PREGNANT IN LAST YEAR? ☐ YES ☒ NO ☐ UNK |
|---|---|

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since / Decedent Last Seen Alive | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ ANTONIO DIAZ GOMEZ, MD | 116. LICENSE NUMBER A86536 | 117. DATE mm/dd/ccyy 02/26/2025 |
|---|---|---|---|
| (A) mm/dd/ccyy 02/15/2025 (B) mm/dd/ccyy 02/20/2025 | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE ANTONIO DIAZ GOMEZ, MD 1001 POTRERO AVE RM 5K1, SAN FRANCISCO, CA 94110 | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH ☐ Natural ☐ Accident ☐ Homicide ☐ Suicide ☐ Pending Investigation ☐ Could not be determined | 120. INJURED AT WORK? ☐ YES ☐ NO ☐ UNK | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|

123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.)

124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury)

125. LOCATION OF INJURY (Street and number, or location, and city, and zip)

| 126. SIGNATURE OF CORONER / DEPUTY CORONER ▶ | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

CASANFRA01

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

This is to certify that the image reproduced hereupon is a true copy of the record on file in the San Francisco Department of Public Health as of the date issued.

DATE ISSUED **MAR 0 6 2025**



004061336





SUSAN PHILIP, MD, MPH
HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the City and County Health Officer.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**